RECEIPT # 56838
AMOUNT $ 150-
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 6/23/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
CLERKS OFFICE

2004 JUN 23 P 12: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. NO.

DYER CONSTRUCTION, INC.,

    Plaintiff

v.

WAREHAM CONSERVATION COMMISSION AND TOWN OF WAREHAM,

    Defendants

NOTICE OF REMOVAL

04  11434 NMG

MAGISTRATE JUDGE Collings

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS:

    Defendants Wareham Conservation Commission and the Town of Wareham, pursuant to the provisions of 28 U.S.C. §§1441 and 1446, hereby file a Notice of Removal of this action from the Superior Court of the Commonwealth of Massachusetts, County of Plymouth, where it is currently pending, based upon the following grounds:

(1)    Plaintiff alleges, in part, violations of its due process and equal protection rights, as guaranteed under the Fourteenth Amendment to the United States Constitution. A copy of the Complaint, purporting to commence an action against the Defendants in the Plymouth Superior Court of the Commonwealth of Massachusetts, marked as Exhibit A, is annexed hereto and incorporated by reference;

(2)    Specifically, Exhibit A indicates that plaintiff alleges that the Wareham Wetland Protective By-law "…deprives the Plaintiff of its property without due process of law, it imposes arbitrary, unreasonable, discriminatory, vague and indefinite standards and restrictions upon the Plaintiff's right to conduct its business, and deprives the Plaintiff of equal protection of the laws, contrary to the Fourteenth Amendment of the Constitution of the United States …." Complaint, ¶25;

(3)    Moreover, plaintiff alleges that the Defendants' application of said Wareham Wetland Protective By-law "so restricts the use of the Property as to deprive the Plaintiff of its practical uses, …[and] constitutes the equivalent of a taking without compensation." Complaint, ¶29;

(4)    The plaintiff also raises state law claims;

(5) By reason of the foregoing, this Court has original jurisdiction over the plaintiff's federal claims pursuant to 28 U.S.C. §1331, and the entire case may be removed pursuant to 28 U.S.C. §1441;

(6) The Defendants reside in Plymouth County, and plaintiff alleges to have its principal place of business in Plymouth County (Complaint, ¶1), thus venue in this Court is proper;

(7) This removal is timely as the purported service of the Complaint herein was May 25, 2004;

(8) The attached Complaint, with two Summonses, Civil Action Cover Sheet, and Court Case Summary (Exhibit A) constitutes copies of all process, pleadings and orders served upon Defendants to date.

Signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DEFENDANTS WAREHAM CONSERVATION COMMISSION AND TOWN OF WAREHAM,

By their attorneys,

Kathleen E. Connolly (BBO# 558706)
Michele E. Randazzo (BBO# 564906)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

224280/WARH/0194

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/23/04

2

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party [signature/date stamp]

## I. (a) PLAINTIFFS
Dyer Construction, Inc.

**DEFENDANTS**
Wareham Conservation Commission and Town of Wareham

(b) County of Residence of First Listed Plaintiff: Plymouth
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Plymouth
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Mark C. Gildea - Clark, Balboni & Gildea, LLP
126 Belmont Street, Brockton, MA 02301
(508) 586-1411

Attorneys (If Known)
Michele E. Randazzo - Kopelman and Paige, P.C.
31 St. James Avenue, Boston, MA 02116
(617) 556-0007

Case No: 04-11434-NMG

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
Claims under 5th and 14th Amendment to US Constitution

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY
N/A

DATE: 6/23/2004
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT #___ AMOUNT___ APPLYING IFP___ JUDGE___ MAG. JUDGE___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

1. Title of case (name of first party on each side only) __Dyer Construction, Inc. v. Wareham Conservation Commission__

2004 JUN 23 P 12:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☒ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,         *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   **04   11434 NMG**

   ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do **all** of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A.  If yes, in which division do _all_ of the non-governmental parties reside?
       Eastern Division ☒    Central Division ☐    Western Division ☐

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Michele E. Randazzo - Kopelman and Paige, P.C.__
ADDRESS __31 St. James Avenue, Boston, MA 02116__
TELEPHONE NO. __(617) 556-0007__

(Coversheetlocal.wpd - 10/17/02)

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/23/04