UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE

2004 OCT -5 P 4:28

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. NO. 04-11434-NMG

| |
|---|
| DYER CONSTRUCTION, INC., |
| Plaintiff |
| v. |
| WAREHAM CONSERVATION COMMISSION AND TOWN OF WAREHAM, |
| Defendants |

LOCAL RULE 16.1 CERTIFICATION

Now comes Michael J. Hartman, the Town Administrator for the Town of Wareham, and the undersigned counsel and hereby affirm that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated:

_____
Michael J. Hartman

Dated: 9/27/04

230225/WARH/0194

COUNSEL TO DEFENDANT
TOWN OF WAREHAM

_____ 10/5/04
Michele E. Randazzo (BBO# 564906)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 10/5/04