UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C.A. NO. 04-11434-NMG

| | |
|---|---|
| DYER CONSTRUCTION, INC., <br><br> Plaintiff <br><br> v. <br><br> WAREHAM CONSERVATION COMMISSION AND TOWN OF WAREHAM, <br><br> Defendants | LOCAL RULE 16.1 CERTIFICATION |

Now comes Douglas S. Westgate, on behalf of the Wareham Conservation Commission, and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: 9/28/04

_[signature]_

COUNSEL TO DEFENDANT
WAREHAM CONSERVATION
COMMISSION

Dated: 10/5/04

_[signature]_
Michele E. Randazzo (BBO# 564906)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

230226/WARH/0194