UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11434-NMG

| | |
|---|---|
| DYER CONSTRUCTION, INC., <br><br> Plaintiff <br><br> v. <br><br> WAREHAM CONSERVATION COMMISSION AND TOWN OF WAREHAM, <br><br> Defendants | STIPULATION OF DISMISSAL |

Now come the parties to the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the voluntary dismissal of Counts II and III of the Complaint, with prejudice, and without costs to any party or rights of appeal.

PLAINTIFF
DYER CONSTRUCTION, INC.

By its attorneys,

_____
Mark C. Gildea (BBO#    )  551127
Clark, Balboni & Gildea, LLP
126 Belmont Street
Brockton, MA 02301
508-586-1411

243397/WARH/0194

DEFENDANTS WAREHAM CONSERVATION
COMMISSION AND TOWN OF WAREHAM,

By their attorneys,

_____
Michele E. Randazzo (BBO #564906)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on __2/14/05__