UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11434-NMG

DYER CONSTRUCTION, INC.,

    Plaintiff

v.

WAREHAM CONSERVATION
COMMISSION AND TOWN OF
WAREHAM,

    Defendants

JOINT MOTION FOR REMAND
TO STATE COURT

Now come the parties to the above-captioned action, and jointly request this Honorable Court to remand this matter to Barnstable Superior Court. As grounds for this motion, the parties state as follows:

1. The underlying complaint in this matter was filed in the Barnstable Superior Court.

2. The Defendants removed the matter to United States District Court, on or about June 23, 2004.

3. The basis for removal was the plaintiff's assertion of due process and equal protection claims under the Fourteenth Amendment (Count II), and regulatory takings claims, presumably under the Fifth Amendment (Count III).

4. By Stipulation of Dismissal, filed concurrently with this Joint Motion for Remand, the parties have agreed to dismissal with prejudice of Counts II and III of the complaint.

5. The remaining claim is a state law claim, a *certioriari* appeal pursuant to G.L. c. 249, sec. 4, and therefore, jurisdiction of this remaining claim is appropriate in the state court.

WHEREFORE, the parties respectfully request that this Honorable Court grant the within motion, and remand Count I of the Complaint to the Barnstable Superior Court.

| | |
|---|---|
| PLAINTIFF<br>DYER CONSTRUCTION, INC.<br>By its attorneys, | DEFENDANTS WAREHAM CONSERVATION COMMISSION AND TOWN OF WAREHAM,<br>By their attorneys, |
| /s/ Mark C. Gildea (MER)<br>Mark C. Gildea (BBO# 551127)<br>Clark, Balboni & Gildea, LLP<br>126 Belmont Street<br>Brockton, MA  02301<br>508-586-1411 | /s/ MER<br>Michele E. Randazzo (BBO #564906)<br>Kopelman and Paige, P.C.<br>Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

243299/WARH/0194

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 2/14/05

2