# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Dyer Construction, Inc.,

        Plaintiff                                   **CA04-11434-NMG**

        v.

Wareham Conversation Commission
and Town of Wareham,
            Defendant

## ORDER OF REMAND
### February 17, 2004

In accordance with the allowance of the  parties "Joint Motion For Remand To State Court",

(docket no. 9, filed 2/14/05), this case is remanded to Barnstable Superior Court.


/s/ Nathaniel M. Gorton

Nathaniel M. Gorton
United States District Judge