UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11434-NMG

DYER CONSTRUCTION, INC.,

    Plaintiff

v.

WAREHAM CONSERVATION
COMMISSION AND TOWN OF
WAREHAM,

    Defendant

NOTICE OF CHANGE OF ADDRESS

Notice is given that as of February 6, 2006, the address of undersigned counsel will be:

Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110-1109
(617) 556-0007
FAX (617) 654-1735

DEFENDANTS
WAREHAM CONSERVATIONCOMMISSION
AND TOWN OF WAREHAM,

By their attorneys,

/s/Michele E. Randazzo
Kathleen E. Connolly (BBO# 558706)
Michele E. Randazzo (BBO #564906)
Kopelman and Paige, P.C.
Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

274402/WARH/0194